UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-2158

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on December 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph P. Ford
aka Joseph P. Kelly
Marianne Ford

Case No.:   14-34442-ABA

Hearing Date:   10/25/2016

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:   13

CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through three (3)    is hereby **ORDERED**.

DATED: December 16, 2016

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Joseph P. Ford
aka Joseph P. Kelly and Marianne Ford
Case No.: 14-34442-ABA
Caption of Order: CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

Upon the application to reinstate the stay as to certain real property known as 5 Summit Road, Stratford, NJ 08084 which stay was heretofore vacated for cause pursuant to Bankruptcy Code section 362(d) and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The automatic the stay is hereby reinstated upon the conditions and terms more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through October 17, 2016, in the sum of $2,275.57 as provided hereinafter.

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 13 | Payments @ | $140.20 | (07/17/2015-07/17/2016) | = | $1,822.60 |
| 3 | Payments @ | $150.99 | (08/17/2016-10/17/2016) | = | $452.97 |
| | Arrears to Cure: | | | = | $2,275.57 |

3. Post petition arrears of $2,275.57 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. Debtor(s) shall resume regular monthly mortgage payments starting on November 17, 2016.

5. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

6. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

Debtor: Joseph P. Ford
aka Joseph P. Kelly and Marianne Ford
Case No.: 14-34442-ABA
Caption of Order: CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

The undersigned hereby consent to the form and entry of the foregoing order.


/s/ Lee Martin Perlman
Lee Martin Perlman, Esquire
Attorney for Joseph P. Ford
aka Joseph P. Kelly and Marianne Ford


/s/ William M. E. Powers III
William M. E. Powers III
Attorney for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.